478 A.2d 112

Commonwealth v. Foreman, Appellant.
Petition for Allowance of Appeal
Denied Nov. 9, 1984.

Submitted February 21, 1984. George Gershenfeld, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

578

Before WICKERSHAM, MONTEMURO and MONTGOM-ERY, JJ.

Judgment of sentence affirmed.